CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Data Mountain Solutions, Inc., et al.
            Plaintiffs

v.

Gregg Giordano
            Defendant

Civil Action No. _____

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for _Plaintiffs_, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Data Mountain Solutions, Inc._, which have any outstanding securities in the hands of the public. _None_

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record: Philip J. McNutt

Signature: _[signed]_

D.C. Bar No. 491258
Bar Identification Number

Print Name: Philip J. McNutt

Address: Hughes & Bentzen, PLLC
1160 Connecticut Ave., N.W.

City: Washington  State: DC  Zip: 20036

Telephone Number: (202) 293-8975