IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| ) | |
| GREGG GIORDANO, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs, Data Mountain Solutions, Inc. ("DMS"), Derek McUmber ("McUmber") and Frederick Hill ("Hill"), by and through undersigned counsel, file this Motion seeking a Preliminary Injunction against the defendants, Gregg Giordano, John Thomas and Anthony Watson, as follows:

A. Preliminarily enjoining the defendants from taking any actions as stockholders or directors of DMS until it is revealed and/or determined who has, or should have, proper shares of stock in that corporation, including temporarily, preliminarily, and permanently enjoining (1) any sales, transfers, or assignments to the defendants of any shares of DMS' stock, and (2) any actions or attempts by any of the Defendants to purportedly update, correct, change, modify, or otherwise alter the corporate books of DMS to cancel, reduce, or increase the shares of DMS stock recorded on the records previously produced by the defendants, as issued and outstanding to any shareholder or prospective shareholder of DMS; and

B. ordering, commanding, mandating and directing the defendants to deposit into the regular (operating) bank account of DMS any and all contract proceeds, checks, drafts, vouchers, income and revenues of DMS or due DMS whether in the possession, custody and/or control of the defendants, or a customer, client or other business relation of DMS,

and to cooperate with the plaintiffs by perform all actions and approve and execute all documents necessary to allow the plaintiffs to (1) continue the ordinary and necessary operations of DMS and (2) pay all reasonable and necessary obligations of DMS which are presently due, or overdue, (3) maintain the business of DMS, including its contractual and support obligations under DMS's contract with Native Technologies, Inc. ("NTI") and existing employment and consulting contracts related to existing business of the Corporation; and

    C. ordering, commanding, mandating and directing the defendants to immediately pay to the plaintiffs those sums that are due the plaintiffs for services performed for, on or behalf of DMS and/or its contract with NTI; and

    D. Preliminarily enjoining any transfer, sale, liquidation, or other disposition of any property, business, business opportunity or other asset of DMS, without an express order of this Court through Motion made upon reasonable notice to all parties and all shareholders of DMS; and

    Immediate and irreparable injury, loss and damage will result to the plaintiffs if the relief sought herein is not granted and the status quo maintained. It clearly appears from the specific facts shown by the Verified Complaint that the defendants are currently making efforts to control all of the assets and property of DMS, thus endangering the Corporation's ability to remain in business, all for the obvious purpose of converting Corporate assets to the individual defendants. Additionally, it appears that the defendants have made efforts and are continuing to make immediate efforts to irreparably deprive the plaintiffs of their rightful stock holdings in DMS, the value of the assets of the Corporation and the value of substantial business opportunities which the defendants, by their control of the stock of the Corporation could manipulate for their own benefit to the detriment of all shareholders, including the plaintiffs, McUmber and Hill.

    In support of this Motion for a Preliminary Injunction the plaintiffs respectfully refer this Honorable Court to the Verified Complaint with Exhibits, and the Memorandum of Points and

Authorities in Support of Plaintiff's' Application for Temporary Restraining Order and Motion for Preliminary Injunction, all filed simultaneously herewith.

WHEREFORE, the plaintiffs pray for an order, as follows:

1. granting their Motion for a Preliminary Injunction on the terms and conditions set forth in this Motion, the Verified Complaint filed herein and in the Memorandum of Points and Authorities filed in support of this Motion; and

2. for such other and further relief as may be just and proper

Dated:  September 27, 2006                    HUGHES & BENTZEN, PLLC


By: *Philip J. McNutt* (signature)
Philip J. McNutt
Federal Bar No. MD08555
DC Bar No. 491258
1100 Connecticut Avenue, NW
Suite 340
Washington, D.C. 20036
Tel: (202) 293-8975

Attorneys for Plaintiffs