UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DATA MOUNTAIN SOLUTIONS, INC., et al.,      )
                                            )
         Plaintiffs,                        )
                                            )
v.                                          ) CA 06-1666 (PLF)
                                            )
GREGG GIORDANO, et al.,                     )
                                            )
         Defendants.                        )
_____

**[PROPOSED] ORDER**

THIS MATTER HAVING COME BEFORE THE COURT upon the Motion of Defendant Gregg Giordano to Dismiss, to Stay Proceedings, and to Compel Arbitration, and it appearing to the Court that the parties are not diverse, and it further appearing to the Court that Defendant Giordano is not subject to long-arm jurisdiction in this matter, it is hereby

ORDERED that the Complaint is dismissed for lack of subject matter jurisdiction.

Ordered this _____ day of _____, 2006.

_____
Judge Paul L. Friedman
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DATA MOUNTAIN SOLUTIONS, INC., et al.,      )
                                            )
        Plaintiffs,                         )
                                            )
v.                                          ) CA 06-1666 (PLF)
                                            )
GREGG GIORDANO, et al.,                     )
                                            )
        Defendants.                         )
_____

## [PROPOSED] ORDER

THIS MATTER HAVING COME BEFORE THE COURT upon the Motion of Defendant Gregg Giordano to Dismiss, to Stay Proceedings, and to Compel Arbitration, and it appearing to the Court that there is a valid and binding arbitration agreement between the parties, and that the subject matter of the Complaint and plaintiffs' claims are arbitrable under that agreement, further appearing to the Court that Defendant Giordano is not subject to long-arm jurisdiction in this matter, it is hereby

ORDERED that the parties are to submit their claims to arbitration pursuant to the Shareholders' Agreement, and this Complaint is dismissed.

Ordered this _____ day of _____, 2006.


_____
Judge Paul L. Friedman
United States District Judge