IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC., *et al.*  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>GREGG GIORDANO, *et al*.  )<br>  )<br>    Defendants.  )<br>  )<br>_____)  | Civil Action No. 1:06-CV-01666 (PLF) |

**PLAINTIFFS' REPLY TO THE RESPONSE OF THE DEFENDANT JOHN W. THOMAS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, Data Mountain Solutions, Inc., Derek McUmber and Frederick Hill, through their attorneys, Hughes & Bentzen, PLLC, submit the following Reply to the Defendant John W. Thomas's Response to Plaintiffs' Motion for Preliminary Injunction:

1. On September 28, 2006, the Plaintiffs initiated this civil action by filing their Complaint herein, together with (among other papers) their Application for Temporary Restraining Order, and Motion for Preliminary Injunction now scheduled for hearing on November 3, 2006. On September 29, 2006, this Honorable Court (Bates, J. for Friedman, J.) entered a Memorandum Opinion and Order (hereafter, the "9/29/06 Order"), which required, *inter alia*, "that the defendants shall file any opposition to plaintiffs' motion for preliminary injunction on or before October 13, 2006, and plaintiffs shall file any reply on or before October 25, 2006." *See* 9/29/06 Order, at 2.

2. On October 16, 2006, defendant John W. Thomas (hereafter, "Defendant Thomas") filed herein "Defendant John W. Thomas's Response to Plaintiffs' Motion for Preliminary Injunction" (hereafter, the "Thomas Response"). By such Response, Defendant Thomas states that he "does not object to the terms of the Preliminary Injunction sought by the Plaintiffs, and therefore does not oppose the Court's granting

such relief", and that he "has no objection to the entry of a Preliminary Injunction in this matter". *See* Thomas Response, at 2, 5.

3. Since Defendant Thomas has not filed an opposition to Plaintiffs' motion for preliminary injunction as required by this Court's 9/29/06 Order, there is no opposition from such Defendant truly requiring a reply from the Plaintiffs. However, the Thomas Response expends pages arguing against the facts as pled by the Plaintiffs in their Verified Complaint, without asserting any affidavits, verifications, or other sworn statements or admissible evidence in support of Thomas' versions of the facts.[1] *See* Thomas Response, at 4-8. Therefore, the Plaintiffs are forced to file this Reply to the Thomas Response so that his allegations are not considered conceded by the Plaintiffs.

Since the Defendant, Thomas, does not oppose the granting of the requested Preliminary Injunction, the Plaintiffs pray for the entry of injunctive relief in accordance with their Motion and for such other and further relief as may be just and proper.

Dated: October 25, 2006                                         HUGHES & BENTZEN, PLLC

By:   /s/Philip J. McNutt
Philip J. McNutt
Federal Bar No. MD08555
DC Bar No. 491258
1100 Connecticut Avenue, NW
Suite 340
Washington, D.C.  20036

---

[1] To the extent that the Thomas Response recites or agues factual matters in opposition to the facts as pled by the Plaintiffs under oath, the Thomas Response cannot be considered by the Court at this juncture, as the factual allegations of the Thomas Response are not supported as required by LCvR 11.2 and/or 65.1(c). And, to the extent that the Thomas Response seems to argue that Defendant Thomas should be dismissed from this litigation for failure to state judicable claims against him and/or for failure to join other parties mentioned by the Thomas Response, such cannot be considered for adjudication at this time, as these requests for relief have not been made as required under LCvR 7, and by Fed. R. Civ. P. 7(b), 12(b), 19, and/or 56(b).

                                            Tel: (202) 293-8975

                                            <u>Attorneys for Plaintiffs</u>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of October, 2006, a copy of the foregoing Reply was mailed, first class mail, postage prepaid on the following:

> John W. Thomas
> Luman, Lange, Thomas & McMullen
> 1660 L Street, NW
> Suite 506
> Washington, DC 20036

> and

> David L. Bledsoe, Esquire
> 300 North Washington Street
> Alexandria, VA 22314

and by regular, first class mail, postage prepaid to:

> Anthony Watson
> 303-F Holden Green
> Cambridge, MA 02138

                                            /s/Philip J. McNutt
                                            Philip J. McNutt

By: _____
Philip J. McNutt
Federal Bar No. MD08555
DC Bar No. 491258
1100 Connecticut Avenue, NW
Suite 340
Washington, D.C. 20036
Tel: (202) 293-8975

<u>Attorneys for Plaintiffs</u>

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this _____ day of _____, 2006, a copy of the foregoing Plaintiffs' Reply to "Defendant John W. Thomas's Response to Plaintiffs' Motion for Preliminary Injunction" was served by United States first-class mail, postage prepaid, to each of the following:

John W. Thomas
Luman, Lange, Thomas & McMullen
1660 L Street, NW
Suite 506
Washington, DC 20036

and

David L. Bledsoe, Esquire
300 North Washington Street
Alexandria, VA 22314

and

Anthony Watson
303-F Holden Green
Cambridge, MA 02138

_____
Philip J. McNutt