UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
DATA MOUNTAIN SOLUTIONS, INC., et al.,   )
                                                   )
        Plaintiffs,                     )
                                                   )
v.                                                   ) CA 06-1666 (PLF)
                                                   )
GREGG GIORDANO, et al.,               )
                                                   )
        Defendants.                  )
_____

## DEFENDANT GREGG GIORDANO'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH

Defendant Gregg Giordano, by counsel, pursuant to F.R.Civ.P. 26, 37, and 45, files this Motion for Protective Order and Motion to Quash. Plaintiffs have served notices of deposition and subpoenas on defendants Giordano and Thomas, and a subpoena for documents on a third party. This discovery is forbidden by the Federal Rules of Civil Procedure and is in direct disregard of the Court's previous ruling regarding expedited discovery. A Memorandum of Points and Authorities is attached hereto.

For the reasons stated therein, defendant asks that the Court quash all subpoenas and notices of depositions issued by plaintiffs, issue a protective order against this and any further attempts by plaintiffs to subvert the discovery rules, and award to defendant its attorneys' fees involved in having to make this motion.

## CERTIFICATION OF GOOD FAITH CONFERENCE

I CERTIFY pursuant to Local Rule 7(m) that I have conferred with opposing counsel before filing this Motion.

____/s/David I. Bledsoe_____
David I. Bledsoe

Respectfully submitted,

By:  /s/ David Bledsoe
Bar Number 422596
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314
Tel.:  703-379-9424
Fax:  703-684-1851

## **CERTIFICATE OF SERVICE**

I certify that on October 27, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing:

Philip J. McNutt, Esquire
Hughes and Bentzen, PLLC
1100 Connecticut Avenue
Suite 340
Washington DC  20036


John W. Thomas , Esquire
Luman, Lange, Thomas & McMullen
1660 L Street NW
Suite 3506
Washington DC  20036

And by first class mail to:

Anthony Watson
303-F Holden Green
Cambridge MA  02138

                                                                          __/s/David I. Bledsoe_____
                                                                          David I. Bledsoe