IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC., et al : | |
| : | |
| Plaintiffs : | |
| : | |
| v.   : | 1:06-CV-01666-PLF |
| : | |
| GREGG GIORDANO, et al : | |
| : | |
| Defendants : | |

**PLAINTIFFS' MOTION FOR AN ORDER
PERMITTING CROSS EXAMINATION OF THE AFFIANT. GREGG GIORDANO, AT
THE HEARING ON THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

COME NOW, the Plaintiffs, Data Mountain Solutions, Inc. ("DMS"), Derek McUmber ("McUmber") and Frederick Hill "Hill"), by and through their counsel, and, through this Motion request authority pursuant to LcvR 65.1(d) for permission to cross-exam the Defendants' Affiant, Gregg Giordano, and, in support thereof, state as follows:

1. For background, the Plaintiffs incorporate their Motion for Preliminary Injunction and Reply to the Defendants' Response (Thomas) and Opposition (Giordano), respectively, and the Plaintiffs' Memorandum in Opposition to the Motion for Protective Order filed herein by the Defendant, Giordano.

2. This Court set a hearing on the Plaintiffs' Motion for Preliminary Injunction for November 3, 2006.

3. The Defendant, Gregg Giordano, has filed an Opposition to the Plaintiffs Motion for Preliminary Injunction and attached an affidavit from the Defendant, Giordano.

4. The Plaintiffs desire to cross exam Mr. Giordano at the hearing on its Motion. The

Plaintiff estimates that the cross-examination will take no more than 45 minutes.

5. The Plaintiffs assert that such cross-examination is essential to the Plaintiffs' Motion because the Defendant, Giordano is holding and has not turned over pertinent documents which belong to the corporation and relate to the issues in the Complaint and Motion for Preliminary Injunction.

6. The Plaintiffs assert that the cross-examination is not duplicative or cumulative of other evidence and will not unduly delay the hearing or the court's consideration of the Plaintiffs' Motion since it may produce significant new testimony or evidence related to the matters at issue in the subject Motion.

7. In lieu of such cross-examination, the Plaintitfs are willing to submit the testimony of Giordano through reading or submitting portions of his deposition testimony in accordance with the discovery propounded by the Plaintiffs which is the subject of the Defendant's Motion for Protective Order filed herein on Friday, October 27, 2006.

WHEREFORE, the Plaintiffs pray for an Order permitting them to cross-examine the Gregg Giordano at the hearing to be held on November 3, 2006 and for such other and further relief as may be just and proper.

Dated: October 29, 2006                                    HUGHES & BENTZEN, PLLC


                                                           By:    /s/Philip J. McNutt
                                                                  Philip J. McNutt
                                                                  Federal Bar No. MD08555
                                                                  DC Bar No. 491258
                                                                  1100 Connecticut Avenue, NW
                                                                  Suite 340

-2-

        Washington, D.C.  20036
        Tel: (202) 293-8975

        <u>Attorneys for Plaintiffs</u>

### Certificate of Service

I hereby certify that a copy of the foregoing Motion  was served electronically on the 29th day of October, 2006 on counsel below and by regular, first class  mail, postage prepaid, this 30t$^h$ day of October, 2006 to the following:

    David Bledsoe, Esquire
    300 North Washington Street
    Suite 700
    Alexandria, VA 22314

    and

    John W. Thomas, Esquire
    Luman, Lange, Thomas & McMullen
    1660 L Street, NW
    Washington, DC 20036

    and

    Anthony Watson
    303-F Holden Green
    Cambridge, MA 02138

        /s/Philip J. McNutt
        Philip J. McNutt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC., et al : : Plaintiffs : : v. : : GREGG GIORDANO, et al : : Defendants : : | 1:06-CV-01666-PLF |

**ORDER**
**PERMITTING CROSS EXAMINATION OF THE AFFIANT. GREGG GIORDANO, AT THE HEARING ON THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

UPON CONSIDERATION OF the foregoing Motion, good cause having been shown for the relief prayed, it is

ORDERED, that the Plaintiffs' Motion is GRANTED; and it is further

ORDERED, that the Plaintiffs shall be permitted to cross examine the affiant, Gregg Giordano, at the hearing on the Plaintiffs' Motion for Preliminary Injunction on November 3, 2006.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

cc: electronically

    David Bledsoe
    Philip J. McNutt
    John W. Thomas

by mail

Anthony Watson
303-F Holden Green
Cambridge, MA 02138