UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CA 06-1666 (PLF) |
| ) | |
| GREGG GIORDANO, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION OF NATIVE TECHNOLOGY, INC., TO QUASH
OR MODIFY SUBPOENA**

Native Technology, Inc. ("NTI"), a non-party to this action, by counsel, moves pursuant to Fed. R. Civ. Proc. 45(c)(3), for entry of an order quashing the subpoena for documents, the deposition subpoena, and the Rule 30(b)(6) deposition notice served by plaintiffs Data Mountain Solutions, Inc., et al., in this action. In support of this motion, NTI states as follows:

1. On October 20, 2006, counsel for the plaintiffs issued and served a Notice of Deposition to NTI pursuant to Rule 30(b)(6). The Notice of Deposition was accompanied by a subpoena requiring the appearance of a designated corporate witness for deposition on October 30, 2006, at 2:00 p.m., as well as a subpoena for documents returnable on October 30, 2006, at 1:00 p.m. A copy of the Notice of Deposition and Subpoena is attached as Exhibit A to this motion.

2. The subpoena has not provided NTI with either reasonable or sufficient time to locate, review and produce the requested documents, or to identify and prepare a corporate

designee for deposition. It has allowed only nine (9) calendar days for compliance; taking into account weekend days, it has allowed only five (5) business days for compliance.

3. The documents requested, and the subjects identified for deposition, relate to a contract awarded to NTI by the federal General Services Administration. They include the contract itself and all amendments or modifications; communications that NTI has had with other persons relating to the contract; and distributions or payments that NTI has made pursuant to the contract. Some of this information may be confidential commercial information of NTI that is entitled to protection from inappropriate disclosure pursuant to Rules 26(c) and 45(c)(3)(B).

4. NTI understands, from a review of the docket sheet available on the Court's CM/ECF system, that this case was filed approximately one month ago; that it is not yet fully at issue; and that the parties have not held a Rule 26(f) discovery conference (required by LCvR 16.3) or submitted a discovery plan. NTI also has been informed that the Court has denied plaintiff's request to conduct expedited discovery in this action. Accordingly, plaintiff's Notice of Deposition and subpoena have been issued in violation of Rule 26(d), which prohibits discovery "from any source" prior to the Rule 26(f) conference.

5. NTI also understands, from a review of the docket sheet available on the Court's CM/ECF system, that defendant Gregg Giordano has filed a motion to quash all subpoenas issued by plaintiff, including the subject subpoena served on NTI. NTI should not be required to respond to the subpoena or appear for deposition until after defendant Giordano's motion to quash has been decided, and only then if decided in plaintiff's favor.

6. NTI also understands, from a review of the docket sheet available on the Court's CM/ECF system, that defendant Giordano has filed a motion to refer this matter to arbitration under the terms of an operative agreement. NTI should not be required to respond to the

subpoena or appear for deposition until after defendant Giordano's motion to refer this matter to arbitration has been decided, and only then if decided in plaintiff's favor.

Certification Pursuant to LCvR 7(m)

Undersigned counsel for Native Technology, Inc., certifies Cohen Mohr. LLP, was first engaged in this matter by Native Technology, Inc., on October 27, 2006; that following review of the deposition notice and discovery request and consultation with NTI, he attempted to confer telephonically with Philip J. McNutt, Esq., counsel for the plaintiff, at approximately 5:00 p.m. on October 27, 2006, concerning the foregoing motion; that Mr. McNutt was unavailable to speak by telephone; and that counsel left a detailed message stating the purpose of his call and his intention to file this motion to insure that NTI's rights were timely preserved.

WHEREFORE, Native Technology, Inc., prays that this motion be granted and that the document subpoena, deposition subpoena and Notice of Deposition be quashed; or, in the alternative, that the subpoenas be modified to provide NTI with an adequate period of time to respond, and to protect NTI's confidential commercial information from inappropriate disclosure.

Respectfully submitted,

_____
Russell Gaspar, D.C. Bar No. 229781.
Cohen Mohr, LLP
1055 Thomas Jefferson St., N.W., Suite 504
Washington, DC 20007
Tel: (202) 342-2550
Fax: (202) 342-6147

Attorney for Native Technology, Inc.

## **CERTIFICATE OF SERVICE**

      I certify that on October 27, 2006, a copy of the foregoing motion served by first-class postage prepaid mail on:

      Philip J. McNutt
      Hughes and Bentzen, PLLC
      1100 Connecticut Avenue, N.W., Suite 340
      Washington, DC 20036

      John W. Thomas, Esq.
      Luman, Lange, Thomas & McMullen
      1660 L Street, N.W., Suite 3506
      Washington, DC 20036

      David I. Bledsoe
      300 North Washington Street, Suite 700
      Alexandria, Virginia 22314

      Anthony Watson
      303-F Holden Green
      Cambridge, MA 02138

_____

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court
### DISTRICT OF COLUMBIA

DATA MOUNTAIN SOLUTIONS, INC., et al

V.

GREGG GIORDANO, et al

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 1:06 CV 01666-PLF

To: NATIVE TECHNOLOGIES, INC.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Hughes & Bentzen, PLLC, 1100 Connecticut Ave., NW, Washington, DC 20036, Ste 340 | DATE AND TIME 10/30/06 2:00 p.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached

| PLACE Hughes & Bentzen, PLLC, 1100 Connecticut Ave NW, Washington, DC 20036, Ste. 340 | DATE AND TIME 10/30/06 1:00 p.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* Attorney for Plaintiffs | DATE 10/20/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER  Philip J. McNutt  202-293-8975
Hughes & Bentzen, PLLC, 1100 Connecticut Ave., NW, Wash., DC 20036

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DATA MOUNTAIN SOLUTIONS, INC., *et al.*   )
      Plaintiffs,   )
                             )
v.                             )  Civil Action No. 1:06CV01666-PLF
                             )
GREGG GIORDANO, *et al.*   )
      Defendants.   )

## NOTICE OF DEPOSITION

NOTICE IS HEREBY GIVEN that the Plaintiffs, Data Mountain Solutions, Inc., Derek McUmber, and Frederick Hill, by their attorneys, Hughes & Bentzen, PLLC, pursuant to, inter alia, Fed. R. Civ. P. 30(b)(6), will take the deposition of the below-named party pursuant to and for all purposes permitted by Fed. R. Civ. P. 26, 30, 32, and all other applicable Federal Rules of Civil Procedure, by stenographic means before a Notary Public or some other person duly authorized by law to administer an oath:

NATIVE TECHNOLOGIES, INC.
12747 Kinship Drive
Herndon, VA 20171

Said deposition shall commence on Tuesday, October 30, 2006, at 2:00 p.m., at the law offices of Hughes & Bentzen, PLLC, 1100 Connecticut Avenue, N.W., Suite 340, Washington, DC 20036, and shall continue thereafter until completed in accordance with Fed. R. Civ. P. 30(d) and 26(b).

In accordance with Fed. R. Civ. P. 30(b)(6) the deponent is required to provide one or more persons familiar with the following areas of inquiry:

1. The federal government contract awarded to Native Technologies, Inc. ("NTI")

by the General Services Administration ("GSA"), of which DMS is a subcontractor, including any renewals, modifications, terminations or other changes to the contract; and

    2. All distributions from the proceeds of the contract made to, or on behalf of NTI, or any subcontractor or consultant, independent contractor or agent of NTI; and

    3. All communications with DMS personnel, including, specifically, Gregg Giordano; and

    4. All communications regarding the contract referred to above or any of its proceeds.

Dated: October 20, 2006            HUGHES & BENTZEN, PLLC

By: _____
Philip J. McNutt
Federal Bar No. MD08555
DC Bar No. 491258
1100 Connecticut Avenue, NW
Suite 340
Washington, D.C. 20036
Tel: (202) 293-8975
<u>Attorneys for Plaintiffs</u>

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2006, a copy of the foregoing Notice of Deposition (of Native Technologies, Inc.) was served by hand-delivery to each of the following:

    John W. Thomas
    Luman, Lange, Thomas & McMullen
    1660 L Street, NW
    Suite 506
    Washington, DC 20036

and

David L. Bledsoe, Esquire
300 North Washington Street
Alexandria, VA 22314

and by first class mail, postage prepaid, to:

Anthony Watson
303-F Holden Green
Cambridge, MA 02138

Philip J. McNutt

-3-

FROM : Native Technologies, Inc.   FAX NO. : 7038605145   Oct. 27 2006 11:52AM P6

## DOCUMENTS TO BE PRODUCED

The Deponent shall produce, on or before the date and time of its deposition, all documents in its possession, or in its custody or within its control, including all writings, recordings, electronically maintained or delivered messages, or other documents, of whatsoever nature related to the following:

1. The federal government contract awarded to NativeTechnologies, Inc. ("NTI") by the General Services Administration ("GSA"), of which DMS (or its officers, agents, or employees) is a subcontractor or receives proceeds therefrom, including any renewals, modifications, terminations or other changes to such contract; and

2. All distributions from the proceeds of the contract referred to above; and

3. All communications with DMS personnel, including, specifically, Gregg Giordano; and

4. All communications regarding the contract referred to above or any of its proceeds; and

5. Any and all contracts, subcontracts, agreements, and the like between NTI, on the one hand, and DMS and/or any of DMS' officers, agents, or employees (including, specifically, Gregg Giordano), on the other hand, and all distributions, payments, and the like made on account of such subcontracts, contracts, and/or agreements.