UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
DATA MOUNTAIN SOLUTIONS, INC,     )
et al.,                                                )
                                                    )
                        Plaintiffs,              )
                                                    )
        v.                                          )        Civil Action No. 06-1666 (PLF)
                                                    )
GREGG GIORDANO, et al.,                 )
                                                    )
                        Defendants.           )
_____)


<u>ORDER</u>

        On October 30, 2006, this Court vacated the November 3, 2006 hearing date

scheduled for plaintiffs' motion for preliminary injunction.  All discovery was stayed pending the

disposition of defendant Gregg Giordano's motion to dismiss for lack of jurisdiction.  Prior to the

Court's order, plaintiffs served various subpoenas discovery requests on defendants and third-

party Native Technology, Inc., in preparation for the scheduled hearing on the motion for

preliminary injunction.  Accordingly, it is hereby

        ORDERED that in light of the vacated hearing, plaintiffs' motion for permission

to cross examine defendant Gregg Giordano [18] is DENIED as moot;  it is

        FURTHER ORDERED that in light of the stay on discovery, defendant Gregg

Giordano's amended motion to quash [16] and motion for a protective order [19] are DENIED

without prejudice;  it is

        FURTHER ORDERED that in light of the stay on discovery, defendant John W.

Thomas' motion to quash and for a protective order [20] is DENIED without prejudice;  it is

FURTHER ORDERED that in light of the stay on discovery, third-party Native Technology's motion to quash or modify the subpoena [22] is DENIED without prejudice;  and it is

FURTHER ORDERED that the parties are strongly encouraged to continue to engage in settlement discussions to reach a voluntary resolution of these matters.  Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is also encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, plaintiffs' counsel shall advise the Court by promptly filing a stipulation.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  November 8, 2006