UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREGG GIORDANO, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-1666 (PLF) |

ORDER

In view of this Court's November 21, 2006 Memorandum Opinion and Order staying this case pending the outcome of arbitration, it is hereby

ORDERED that the plaintiffs' motion for a preliminary injunction [4] is DENIED as moot; and it is

FURTHER ORDERED that defendant Gregg Giordano's motion for a hearing [11] is DENIED as moot.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 18, 2006