### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC. et al, ) ) ) Plaintiffs, ) ) vs. ) ) GREGG GIORDANO, et al, ) ) Defendants. ) | Civil Action No. 06-1666 (PLF) |

### DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE

Defendant Gregg Giordano, by counsel, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, moves to dismiss this case with prejudice, for want of prosecution. Plaintiffs have failed to file arbitration as ordered by this Court on November 21, 2006.

**WHEREFORE**, Defendant Gregg Giordano asks this Court that the case be dismissed with prejudice, and for such other relief as to the Court seems proper.

Respectfully submitted,

By:     /s/David I. Bledsoe
DAVID I. BLEDSOE, ESQUIRE
Attorney for Defendant Gregg Giordano
Bar Number 422596
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314
Tel.:  703-379-9424
Fax:  703-684-1851

## CERTIFICATE OF SERVICE

I certify that on March 1, 2007, a copy of the foregoing **MOTION TO DISMISS CASE WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing to:

>Philip J. McNutt, Esquire
>Hughes and Bentzen, PLLC
>1100 Connecticut Avenue
>Suite 340
>Washington, DC  20036
>
>John W. Thomas, Esquire
>Luman, Lange, Thomas & McMullen
>1660 L Street NW
>Suite 3506
>Washington, DC  20036

I further certify that on March 1, 2007, notice of this filing was made to the following party by depositing a copy of the foregoing in the United States Mail, first class postage paid, addressed to:

>Anthony Watson
>303-F Holden Green
>Cambridge, MA  02138

>         /s/David I. Bledsoe
>David I. Bledsoe

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DATA MOUNTAIN SOLUTIONS, INC., et al.,      )
                                            )
            Plaintiffs,                     )
                                            )
v.                                          ) CA 06-1666 (PLF)
                                            )
GREGG GIORDANO, et al.,                     )
                                            )
            Defendants.                     )
_____

## **[PROPOSED] ORDER**

THIS MATTER HAVING COME BEFORE THE COURT upon the Motion of Defendant Gregg Giordano to Dismiss, and it appearing to the Court that Plaintiffs have failed to file arbitration as ordered by this Court's Order of November 21, 2006, and that the Plaintiffs have failed to prosecute, it is hereby

ORDERED that the Complaint is dismissed with prejudice.

Ordered this _____ day of _____, 2006.


                                            _____
                                            Judge Paul L. Friedman
                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DATA MOUNTAIN SOLUTIONS, INC., et al.,      )
                                            )
           Plaintiffs,                      )
                                            )
v.                                          ) CA 06-1666 (PLF)
                                            )
GREGG GIORDANO, et al.,                     )
                                            )
           Defendants.                      )
_____

**[PROPOSED] ORDER**

THIS MATTER HAVING COME BEFORE THE COURT upon the Motion of Defendant Gregg Giordano to Dismiss, to Stay Proceedings, and to Compel Arbitration, and it appearing to the Court that there is a valid and binding arbitration agreement between the parties, and that the subject matter of the Complaint and plaintiffs' claims are arbitrable under that agreement, further appearing to the Court that Defendant Giordano is not subject to long-arm jurisdiction in this matter, it is hereby

ORDERED that the parties are to submit their claims to arbitration pursuant to the Shareholders' Agreement, and this Complaint is dismissed.

Ordered this _____ day of _____, 2006.

_____
Judge Paul L. Friedman
United States District Judge