**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC., *et al.* )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>GREGG GIORDANO, *et al.* )<br>)<br>   Defendants. )<br>)<br>_____) | Civil Action No. 06-1666-PLF |

## SUPPLEMENT TO JOINT STATUS REPORT

Defendant Thomas, through inadvertence, was not able to include his comments for the Joint Status Report before it was filed by counsel for the Plaintiffs and Defendant Giordano. Although Defendant Thomas does not object to the Report by the other parties, he wishes to add the following matters.

Defendant Thomas does not have independent knowledge of anything set forth in the Joint Status Report. Since the time of the issuance of the November 21 Order, the Plaintiffs and Defendant Giordano have had almost no communication with Defendant Thomas. Other than recent communications regarding the filing of the Joint Status Report, Defendant Thomas has had no involvement regarding the dispute between the parties. Defendant Thomas is a party to this lawsuit for no reason other than that his law firm, Luman, Lange, Thomas & McMullen, LLP, served as counsel for the corporation. He has no interest in the outcome of the parties' dispute; he held, and currently holds, possession of the corporate books and rebuffed efforts by the other parties to take control of and possibly modify these books before this case was filed. As Defendant Thomas represented in the hearing conducted by telephone by Judge Bates on September 29, 2006, he has

maintained the status quo by continuing to hold the books without any modifications made thereto, and further has stated to the parties that he would only turn over these records upon further Order of the Court or by written agreement executed by all the parties.

It appears to Defendant Thomas that, not only have the parties been unable to resolve their disputes regarding the corporate books, thus leaving Defendant Thomas in the middle of this litigation, but they have not even been able to come to agreement as to how to proceed to arbitration with their claims—claims that initially were presented to the Court on an emergency basis through the filing of a Temporary Restraining Order. Defendant Thomas strongly believes he is an improper party to this litigation and should not be forced to spend his time and money to defend himself in this controversy between former friends, colleagues, and partners.

                                                                  RESPECTFULLY SUBMITTED

March 1, 2007                               /s/ John W. Thomas
                                                John W. Thomas
                                                1660 L Street, NW, Suite 506
                                                Washington, DC 20036
                                                (Tel) 202-463-1260
                                                (Fax) 202-463-6328

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2007, I did serve a copy of the foregoing Supplement to Joint Status Report on the following persons by e-mail:

                David I. Bledsoe, Esq.
                300 North Washington Street, 7th Floor
                Alexandria, VA 22314

                Philip J. McNutt, Esq.
                Hughes & Bentzen, PLLC
                1100 Connecticut Avenue, N.W., Suite 340
                Washington, D.C. 20036

                                                /s/John W. Thomas