**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DATA MOUNTAIN SOLUTIONS, INC., et al | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) Civil Action No. 06-1666- PLF ) |
| GREGG GIORDANO, et al | ) ) ) |
| Defendants | ) ) ) |

**MOTION FOR A HEARING ON
THE PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE,
FOR INJUNCTIVE RELIEF AND FOR LEAVE TO ADD PARTIES
DEFENDANT AND THE MOTION TO DISMISS
FILED BY THE DEFENDANT, GREGG GIORDANO**

COME NOW, the Plaintiffs herein, Data Mountain Solutions, Inc., Derek McUmber, and Frederick S. Hill, Jr., by and through their attorneys, Hughes & Bentzen, PLLC, and, in support of their Motion, state as follows:

1. The Defendant, Giordano, filed his second Motion to Dismiss herein on March 1, 2007 (Docket No. 28) along with an accompanying Memorandum in Support (Docket No. 30).

2. The Plaintiffs filed their Motion for an Order to Show Cause, for Injunctive Relief and for Leave to Add Parties Defendant herein on March 5, 2007 (Docket No. 33).

3. The Plaintiffs filed their Memorandum in Opposition to the Defendant's Motion to Dismiss on March 15, 2007 (Docket No. 34).

4. The Plaintiffs believe that a hearing on the pending Motions and any opposition to them would help clarify apparent misunderstandings concerning the effect of prior Orders of this Court and the responsibilities of the parties to proceed with arbitration. Additionally, new developments in this case, as summarized in the Plaintifffs' Motion and Memorandum

in Opposition have sufficiently changed the circumstances of this case so that the Plaintiffs believe additional explanation in the way of counsel's presentation and argument will aid in any action which the Court may consider based upon the pending Motions.  The Plaintiffs believe those new developments and their effect on the Plaintiffs' case and the relief sought by the Plaintiffs in their pending Motion, as well as potentially on the Court's prior Orders entered herein, would be best set forth and resolved at a hearing at which both parties can address all issues before the court and respond to any questions raised by the Court.

WHEREFORE, the Plaintiffs pray that the Court schedule the pending motions for a hearing at the earliest time available to the Court and for such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED,

HUGHES & BENTZEN, PLLC


By:     /s/ Philip J. McNutt
       Philip J. McNutt
       1100 Connecticut Avenue, N.W.
       Suite 506
       Washington, DC  20036
       Tel: (202) 293-8975
       Attorneys for Plaintiffs

### Certificate of Service

I hereby certify that a copy of the foregoing Motion was served, electronically, on David I. Bledsoe, Esquire, counsel for the Defendant, Gregg Giordano and Defendant, John W. Thomas, Esquire and a copy of the Motion was mailed, first class mail, postage prepaid

on the 16th day of March, 2007 to Anthony Watson, 303-F Holden Green, Cambridge, MA 02138.

                                                       /s/ Philip J. McNutt
                                                      Philip J. McNutt